AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Indiezone Inc. a Delaware corporation and EoBuy, Limited an Irish private limited company <br><br> *Plaintiff(s)* <br> v. <br> Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank See addendum "A". <br><br> *Defendant(s)* | ) ) ) ) ) ) Civil Action No. ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Todd Rooke-770 France Avenue, South Edina, Minnesota 55435, Joe Rogness-770 France Avenue, South Edina, Minnesota 55435, Phil Hazel-770 France Avenue, South Edina, Minnesota 55435, Sam Ashkar770 France Avenue, South Edina, Minnesota 55435, Holly Oliver-770 France Avenue, South Edina, Minnesota 55435
See addendum "A".

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Local Counsel-Seth D. Heyman, Esq. 2600 Michelson Dr. Ste. 900, Irvine, CA 92612
Tele: 855-439-6628 Fax:855-207-3967 Email: sda@heymanlegal.com
Pro Hac Vice-Douglas R. Dollinger, Esq. 260 Main Street, Goshen, NY 10926
Tele: 845-915-6800 Fax: 845-915-6801 Email: ddollingeresq@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*