Douglas R. Dollinger -*pro hac vice*
NY Bar No. 2354926
Law Offices of Douglas Dollinger, P.C.
& Associates
50 Main Street- Suite 1000
White Plains, NY 10606
Telephone: 845-915-6800
Facsimile:  845-915-6801
E-mail: dollingeresq@gmail.com

Seth D. Heyman - *local counsel*
CA Bar No. 194120CA
Heyman Law Offices
2600 Michelson Drive- Suite 900
Irvine, CA 92612
Telephone: 855-439-6628
Facsimile:  855-407-7714
E-mail: sdh@heymanlegal.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company, | Case No: 3:13-cv-04280 YGR |
| *Plaintiffs,* vs. | |
| Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the ***RICO Defendants***; and Jingit LLC., Jingit Holdings LLC., Jingit Financial, Services LLC., Music.Me, LLC., Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of the Jingit LLC., ***Defendants in Negligence, and Aiding/Abetting;*** and Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary*** -*Vicarious Infringement,* Defendants. | **Order Granting Plaintiffs' Unopposed Motion to Enlarge Time to Respond to Defendants Jingit LLC, Jingit Holdings, LLC, Jingit Financial Services, LLC, Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver, Shannon Davis, Justin James, Chris Ohlson, Dan Frawly, Dave Moorehouse, II, Tony Abena, Chris Karls, John E. Fleming, and Music.me, LLC's Motion to Dismiss, Motion to Compel Arbitration and Limited Motion to Stay All Remaining Proceedings** |

**IT IS HEREBY ORDERED THAT:**

1

After duly considering the Plaintiffs' Unopposed Motion to Enlarge Time to Respond to Defendants' Jingit LLC, Jingit Holdings, LLC, Jingit Financial Services, LLC, Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver, Shannon Davis, Justin James, Chris Ohlsen, Dan Frawley, Dave Moorehouse, II, Tony Abena, Chris Karls, John E. Fleming, and Music.Me, LLC's Motion to Dismiss, Limited Motion to Stay Remaining Proceedings and Motion to Compel Arbitration in this matter the Court finds good cause exists and the Motion is hereby GRANTED.

Plaintiffs are permitted an enlargement of time to **February 14, 2014 to file their responses.** Defendants shall have until February 26, 2014, to file replies. The hearing set for March 4, 2014 is CONTINUED to March 25, 2014, at 2:00 p.m. This Order terminates Dkt. Nos. 44 and 45.

Dated: January 28, 2014

District Judge Yvonne Gonzalez Rogers

2
**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS MOTIONS**