James W. Morando, CA Bar No. 87896
Deepak Gupta, CA Bar No. 226991
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: 415.954.4457
Facsimile: 415.954.4480
Email: jmorando@fbm.com
Email: dgupta@fbm.com

Catherine Ahlin-Halverson, CA Bar No. 209391
Alain M. Baudry, MN Bar No. 186685 (admitted *Pro hac vice*)
Keiko L. Sugisaka, MN Bar No. 266152 (admitted *Pro hac vice*)
Joseph P. Ceronsky, MN Bar No. 391059 (admitted *Pro hac vice*)
MASLON EDELMAN BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:    612-672-8200
Facsimile:    612-672-8344
Email: alain.baudry@maslon.com

**ATTORNEYS FOR DEFENDANTS JINGIT LLC, JINGIT HOLDINGS, LLC, JINGIT FINANCIAL SERVICES, LLC, TODD ROOKE, JOE ROGNESS, SAM ASHKAR, PHIL HAZEL, HOLLY OLIVER, SHANNON DAVIS, JUSTIN JAMES, CHRIS OHLSEN, DAN FRAWLEY, DAVE MOOREHOUSE, II, TONY ABENA, CHRIS KARLS, JOHN E. FLEMING, AND MUSIC.ME, LLC**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company, <br><br> Plaintiffs, <br><br> vs. <br><br> Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the ***RICO Defendants***; <br><br> Jingit LLC, Jingit Holdings, LLC, Jingit Financial Services LLC., Music.Me, LLC., Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris | Case No: CV 13-04280 YGR/EDL <br><br> **DECLARATION OF KEIKO L. SUGISAKA IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' SECOND MOTION PURSUANT TO CIVIL L.R. 6-1 FOR AN ENLARGEMENT OF TIME** |

Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of Jingit LLC, *Defendants in Negligence, and Aiding/Abetting*;

Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, *Defendants in Negligence Secondary-Vicarious Infringement*,

Defendants.

I, Keiko L. Sugisaka, declare under penalty of perjury as follows:

1. I am a member of the firm Maslon Edelman Borman & Brand, LLP.

2. I make this Declaration in support of Defendants' Response to Plaintiffs' Second Motion Pursuant to Civil L.R. 6-1 For An Enlargement Of Time.

3. Miguel R. San Jose, associate of Douglas Dollinger, counsel for Plaintiffs, contacted me on February 13, 2014, and requested an extension of time until Monday, February 17, 2014, to respond to Defendants' Motions to Compel Arbitration, Dismiss, and Stay All Remaining Proceedings (ECF 29) due to severe weather occurring at Plaintiffs' counsel's offices. I agreed that Defendants would not oppose an extension for Plaintiffs until February 17, 2014, if Defendants were provided a similar extension until February 28, 2014, to file their Reply.

4. The inclusion of Defendants' names and names of their counsel in the heading of Plaintiffs' Second Unopposed Motion For An Enlargement Of Time was in error. (ECF 51, p. 1.) Defendants did not join in the filing of Plaintiffs' Motion.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated:  February 17, 2014                    s/ Keiko L. Sugisaka
                                              Keiko L. Sugisaka

#1022985

DECLARATION OF KEIKO SUGISAKA IN SUPPORT OF DEFENDANTS' RESPONSE - Case No: CV 13-04280 YGR/EDL        - 2 -