Seth D. Heyman, Esq.-Local Counsel
2600 Michelson Drive,
Suite 900,
Irvine, CA 92612.
Tel: 888-710-2799
Fax: 760-452-7714
e-mail sdh@heymanlegal.com

Douglas R. Dollinger, Esq.–Pro Hoc Vice Bar No. NY
50 Main Street-Suite 1000
White Plains, New York 10606
Tel.    845.915.6800
Facs.  845.915.6801
e-mail ddollingeresq@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company,<br><br>Plaintiffs,<br><br>vs.<br><br>Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the **RICO Defendants**;<br><br>Jingit LLC, Jingit Holdings, LLC, Jingit Financial Services LLC., Music.Me, LLC., Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of Jingit LLC, **Defendants in Negligence, and Aiding/Abetting**;<br><br>Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, **Defendants in Negligence Secondary-Vicarious Infringement**,<br><br>Defendants. | Case No: 3:13-cv-04280 YGR/EDL<br><br>**DECLARATION OF DOUGLAS R. DOLLINGER IN SUPPORT OF THE MOTION TO AMEND THE SUMMONS AND COMPLAINT AND IN THE THE ALTERNATIVE FOR PERMISIVE JOINDER OF PARTIES FED. R. CIV. P. 15(a) & 20(a).** |

Douglas R. Dollinger declaring to the Court on this 21st day of February in support of the Motion herein from which Indiezone and eoBuy seek to amend the Summons and Complaint in this action pursuant to Fed. R. Civ. P. 15(a), and in the alternative for Permissive Joinder of an new or additional a party pursuant to and Rule 20(a) for good cause show.[1]

The instant declaration is based on an investigation into the facts in this case, books, records and other official filings and involves interviews with multiple individuals-attorneys and investigators, my clients and research/investigations being conducted both here in the United States and in Ireland.

The amendment seeks to add or correct the corporate entity naming eoBuy Ventures Limited, a company formed under the laws of Ireland doing business as eoBuy Ltd., as the intended Plaintiff so named in this action or to add eoBuy Ventures Limited as the substitute corporate entity with a new caption to the summons and complaint. **[See, Exhibit "A" the Proposed Amended Caption to the Summons and Complaint in compliance with the Fed R. Civ. P. ]**

Defense Counsel has not consented to the amendment or the addition/substitution of a new Plaintiff.

## Preliminary Statement

The instant matter arises out of claims for the theft and conversion of Plaintiff eoBuy's and Plaintiff Indizones' IP-Property where over the course of the past two plus (2+) years each defendant has engaged in or can be implicated in the illegal schemes involving but not limited to organized racketeering activity in violation of the RICO statutes: 18 USC §§1961(4) et seq., 1962 (a)-(d), 1963(3)(b)(2), 1341, 1443, 371, 1951, 1956 and 1957. **[DE 1.]**

## Background

In response to the Defendants' Motions to Compel Arbitration, Dismiss or Stay these proceedings by way of the claims of the Defendants it was discovered that the original corporate entity eoBuy Ltd., which existed during the initial assignment stages and formation of the eoBuy IP had been administratively dissolved in or about 2008. **[DE 29-35.]**

---

[1] Although no responsive pleading has been filed by any of the Defendants Rule 15(a) requires compliance with Rule 20(a).

Based on conversations with Conor Fennelly CEO of eoBuy and Indiezone on or about November 15th 2007, the Board of Directors of eoBuy Ltd., for reasons of revising the shareholder structure and settlement of claims, a vote was taken allowing the company to administratively dissolve on April 1, 2008. **[DE 54-1.]**

Prior to the foregoing, eobuy's IP and licenses were assigned to EoBuy's holding corporation Amdex, Pte. Several months later the IP and licenses were transferred back into the newly formed company eoBuy Ventures Limited a company formed under the laws of Ireland. eoBuy Ventures limited has been doing business as eoBuy since August 2008 and has remained the eoBuy IP repository since that date. CEO Fennelly did not understand the implications of simply using the name eoBuy and when he provided the name of the entities as Plaintiff did not advise this office of the actual name of the entity as the intended Plaintiff, eoBuy Ventures Limited. **[DE 54-1.]**

Apparently, these facts are not new, nor were they unknown to the Defendants Rooke and Rogness. It was during this period they were negotiating equity positions for themselves. In response to the requests of Rooke and Rogness concerning the desire to obtain eoBuy equity each were advised specifically that the shareholders of eoBuy were limited and that none could be issued to them. **[DE 54-1.]**

Plaintiff is now seeking leave to amend the summons and complaint for the reasons set forth above. **[DE 54-1.]**

The facts in this case arise out of the same transaction, occurrence, or series of transactions or occurrences and represent a criminal enterprise among the **RICO Person Defendants** as *an association in fact* involving the foregoing **RICO Enterprise Entities/Members**.

Defendants have served and filed their Motions to Compel, Dismiss and otherwise Stay these proceeding but have not yet filed a responsive pleading from which any prejudice could be claimed. **[DE 29-35.]** Under the circumstance, and especially for the reason that no discovery has been had, including depositions of the parties, Plaintiffs' Motion should be granted.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*[signature]*

---

DOUGLAS R. DOLLINGER, ESQ., P.C.
     & Associates
Attorneys for Plaintiff
50 Main Street-Suite 1000
White Plains, New York 10606
Tele.  845.915.6800
Fax.   845.915.6801
**Bar No. N.Y.  2354926 Fed. No. 5922**

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with the Rules of Federal Procedure, on the this date February 21, 2014, a true and correct copy of the foregoing document was delivered to Defendants, by and through the ECF System to their record counsel.

DOUGLAS R. DOLLINGER, ESQ., P.C.
& Associates
Attorneys for Plaintiff
50 Main Street-Suite 1000
White Plains, New York 10606
Tele. 845.915.6800
Fax. 845.915.6801
**Bar No. N.Y. 2354926 Fed. No. 5922**

- 5 -