Douglas R. Dollinger (*pro hac vice*) (NY Bar No. 2354926)
The Law Offices of Douglas R. Dollinger
& Associates
50 Main Street-Suite 1000
White Plains, NY 10606
Telephone: 845-915-6800
Facsimile: 845-915-6801
E-mail:ddollingeresq@gmail.com

Seth D. Heyman (CA Bar No. 194120CA)
Heyman Law Offices
2600 Michelson Drive- Suite 900
Irvine, CA 92612
Telephone: 855-439-6628
Facsimile: 855-407-7714
E-mail:sdh@heymanlegal.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company, <br><br> *Plaintiffs,* <br><br> vs. <br><br> Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the ***RICO Defendants***; <br><br> Jingit LLC., Jingit Holdings LLC., Jingit Financial, Services LLC., Music. Me, LLC., Tony Abena, John E. Fleming. Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of the Jingit LLC., ***Defendants in Negligence, and Aiding/Abetting;*** <br><br> Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary -Vicarious Infringement,*** <br><br> *Defendants .* | Case No. CV13-04280 YGR/EDL <br><br> **PROPOSED ORDER GRANTING PLAINTIFFS' LEAVE TO FILE THEIR AMENDED SUMMONS AND COMPLAINT** |

Before the Court on this ____ day of _____, 2014, is the Plaintiff's Motion to Amend their Complaint which the Court has consider and has found to have merit such that the Court is therefore of the opinion that said motion should be GRANTED.

- 1 -

Accordingly, it is Ordered that the Plaintiffs be allowed to amend the Summons and Complaint as set forth in their Exhibit "A" with filing no later than 10 days from the date of this Order.

                SIGNED this ___ day of _____, 2014.

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with the Rules, on this date February 21, 2014, a true and correct copy of the foregoing document was delivered to Defendants of Record, by both EFC means and by 1st class mail to or through their Counsel of Record.

> Douglas R. Dollinger, Esq., NY Bar No. 2354926
> Appearing *Pro Hac Vice*
> The Law Offices of Douglas R. Dollinger
> & Associates
> 50 Main Street-Suite 1000
> White Plains, New York 10606
> Telephone: 845-915-6800
> Facsimile: 845-915-6801
> E-mail: ddollingeresq@gmail.com