Douglas R. Dollinger (*pro hac vice*) (NY Bar No. 2354926)
Law Offices of Douglas Dollinger
50 Main Street-Suite 1100
White Plains, NY 10606
Telephone:    845-915-6800
Facsimile:    845-915-6801
E-mail:       ddollingeresq@gmail.com

Seth D. Heyman (CA Bar No. 194120CA)
Heyman Law Offices
2600 Michelson Drive-Suite 900
Irvine, CA 92612
Telephone:    855-439-6628
Facsimile:    855-407-7714
E-mail:       sdh@heymanlegal.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company,<br><br>Plaintiffs,<br><br>vs.<br><br>Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the ***RICO Defendants***;<br><br>Jingit LLC, Jingit Holdings, LLC, Jingit Financial Services LLC., Music.Me, LLC., Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of Jingit LLC, ***Defendants in Negligence, and Aiding/Abetting***;<br><br>Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary-Vicarious Infringement***,<br><br>Defendants. | Case No: 3:13-cv-04280 YGR<br><br>**ORDER GRANTING THE PLAINTIFFS' SECOND UNOPPOSED MOTION PURSUANT TO CIVIL LOCAL RULE 6-1 FOR AN ENLARGEMENT OF THE TIME TO RESPOND TO THE DEFENDANTS' MOTION TO DISMISS, MOTION TO STAY ALL OF THE REMAINING PROCEEDINGS, AND MOTION TO COMPEL ARBITRATION** |

**IT IS HEREBY ORDERED THAT:**

After duly considering the Plaintiffs' ~~Unopposed~~ Motion to Enlarge Time to Respond to Defendants' Jingit LLC, Jingit Holdings, LLC, Jingit Financial Services, LLC, Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver, Shannon Davis, Justin James, Chris Ohlsen, Dan Frawley, Dave Moorehouse, II, Tony Abena, Chris Karls, John E. Fleming, and Music. Me, LLC's Motion to Dismiss, Limited Motion to Stay Remaining Proceedings and Motion to Compel Arbitration, and Defendants' response thereto in this matter the Court finds good cause exists and the Motion is hereby GRANTED.

Plaintiffs are permitted an enlargement of time to **February 18, 2014** with Defendants' Reply due on **March 3, 2014.**

Dated: February 25, 2014.

_____
District Judge Yvonne Gonzalez Rogers