1  JAMES R. MCGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
2  ANGELA E. KLEINE (CA SBN 255643)
   AKleine@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:   415.268.7000
5  Facsimile:   415.268.7522

6  Attorneys for Defendant
   U.S. Bank National Association
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12 | Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company, | Case No. 4:13-cv-04280-YGR

13 |  | **REPLY IN SUPPORT OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MOTION TO (1) DISMISS PLAINTIFF EOBUY, LIMITED AND (2) STAY ALL REMAINING PROCEEDINGS**

14 | *Plaintiffs,* |

15 | vs. |

16 | Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the **RICO Defendants**; | Hon. Yvonne Gonzalez Rogers

17 |  |

18 | Jingit LLC., Jingit Holdings LLC., Jingit Financial, Services LLC., Music.Me, LLC., Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of the Jingit LLC., ***Defendants in Negligence, and Aiding/ Abetting;*** | Date:    March 25, 2014
Time:   2:00 p.m.
Place:   Courtroom 5

23 | Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary-Vicarious Infringement***, |

25 | *Defendants.* |

REPLY IN SUPPORT OF U.S. BANK'S MOTION TO DISMISS AND TO STAY
Case No. 13-cv-04280-YGR

**REPLY IN SUPPORT OF MOTION TO DISMISS**

U.S. Bank National Association ("U.S. Bank") submits this reply in support of its Motion to Dismiss plaintiff eoBuy, Limited and to stay the remaining claims against U.S. Bank (ECF No. 35).

U.S. Bank hereby joins, and incorporates by this reference as if fully set forth herein, the reply of (1) defendants Jingit, LLC, Jingit Holdings, LLC, Jingit Financial Services, LLC, Sam Ashkar, Phil Hazel, Holly Oliver, Shannon Davis, Justin James, Chris Ohlsen, Dan Frawley, Dave Moorehouse II, Tony Abena, Chris Karls, John E. Fleming, and Music.Me, LLC ("Stay Defendants") and of Todd Rooke and Joe Rogness (collectively, the "Jingit Defendants") in support of their motion to dismiss eoBuy, Limited and (2) the motion of the Stay Defendants to stay the remaining claims against the defendants in this action, including U.S. Bank National Association, pending the outcome of the arbitration against Messrs. Rooke and Rogness (ECF Nos. 60-62).

As discussed in the Jingit Defendants' reply brief (ECF No. 60 at 3), plaintiffs have effectively conceded that eoBuy, Limited should be dismissed (ECF No. 54 at 9, ECF No. 54-1 ¶ 1); and the entity that plaintiffs wish to substitute for eoBuy Limited does not exist (ECF No. 60 at 3-4; ECF No. 61).

U.S. Bank further notes that plaintiffs' opposition brief (ECF No. 54) confirms that plaintiffs' only claim against U.S. Bank is based entirely on the underlying, arbitrable claim against Messrs. Rooke and Rogness. Specifically, plaintiffs claim that the Bank's alleged agreement with Jingit for "processing the AdEngine financial exchange-cash rewards" is a violation of RICO, because U.S. Bank "after the fact knew, and became aware of Plaintiffs' claims for the reason that they had been informed by Plaintiff's that its IP was being infringed." (Compl. ¶ 190; *see also, e.g.*, *id.* ¶ 35 (alleging that U.S. Bank is "participating in the illegal affairs Jingit Enterprise in the misappropriation-infringement and illegal use of Plaintiffs' IP"); *id.* ¶¶ 17, 52, 57, 187-243; ECF No. 57 Ex. A at ¶ 35, 287-203 (proposed amended complaint, asserting same claims against U.S. Bank).) These claims against Messrs. Rooke and Rogness, purportedly for over $20 billion in damages, are subject to their arbitration agreement with

Indiezone.  (*See* ECF No. 29 at 1-2, 9-10 (Jingit Defendants' Memorandum); ECF No. 54 at 16 (Opposition, arguing that plaintiffs' claims for "injunctive relief" are not arbitrable).)  In the Opposition, plaintiffs do not mention U.S. Bank or otherwise attempt to explain why the claims against it should not be stayed pending the arbitration (*see* ECF No. 54 at 17).  It would be a waste of Court and party resources and risk inconsistent findings to try plaintiffs' claims against U.S. Bank and the other purported "RICO Defendants" while the parties at the center of this action separately arbitrate the underlying claims on which plaintiffs' entire complaint is based.  Defendants' motions to stay should be granted.

Dated: March 3, 2014               MORRISON & FOERSTER LLP

                                   By:  /s/ James R. McGuire
                                        James R. McGuire

                                        Attorneys for Defendant
                                        U.S. Bank National Association

3387552

REPLY IN SUPPORT OF U.S. BANK'S MOTION TO DISMISS AND TO STAY
Case No. 13-cv-04280-YGR

2