JAMES R. MCGUIRE (CA SBN 189275)
JMcGuire@mofo.com
ANGELA E. KLEINE (CA SBN 255643)
AKleine@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:    415.268.7522

Attorneys for Defendant
U.S. Bank National Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company,<br><br>               *Plaintiffs,*<br><br>   vs.<br><br>Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the **RICO Defendants**;<br><br>Jingit LLC., Jingit Holdings LLC., Jingit Financial, Services LLC., Music.Me, LLC., Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of the Jingit LLC.,<br>***Defendants in Negligence, and Aiding/ Abetting;***<br><br>Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary-Vicarious Infringement***,<br><br>               ***Defendants.*** | Case No. 4:13-cv-04280 YGR/EDL<br><br>**DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND THEIR SUMMONS AND COMPLAINT**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Date:        April 1, 2014<br>Time:       2:00 p.m.<br>Place:       Courtroom 5 |

U.S. BANK'S OPP. TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND
Case No. 13-cv-04280

U.S. Bank hereby joins and incorporates by this reference, as if fully set forth herein, the Memorandum in Opposition to Plaintiffs' Motion to Amend Their Summons and Complaint, and the arguments and supporting affidavits made thereto, filed by defendants Jingit, LLC, Jingit Holdings, LLC, Jingit Financial Services, LLC, Sam Ashkar, Phil Hazel, Holly Oliver, Shannon Davis, Justin James, Chris Ohlsen, Dan Frawley, Dave Moorehouse II, Tony Abena, Chris Karls, John E. Fleming, and Music.Me, LLC, Todd Rooke, and Joe Rogness (ECF Nos. 66-67), in opposing plaintiffs' request to file an amended complaint, on the grounds that plaintiffs' proposed amendment would be futile because the purported entity that plaintiffs seek to add as a plaintiff does not exist and therefore cannot have capacity to sue.

Dated: March 7, 2014

JAMES R. MCGUIRE
ANGELA E. KLEINE
MORRISON & FOERSTER LLP

By: /s/ Angela E. Kleine
    Angela E. Kleine

Attorneys for Defendant
U.S. Bank National Association

3391780