James W. Morando (CA Bar No. 087896)
  jmorando@fbm.com
Deepak Gupta (CA Bar No. 226991)
  dgupta@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Keiko L. Sugisaka (*pro hac vice*)
(MN Bar No. 266152)
Joseph P. Ceronsky (*pro hac vice*)
(MN Bar No. 391059)
MASLON EDELMAN BORMAN
    & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:     612-672-8200
Facsimile:     612-672-8397
E-mail:     joseph.ceronsky@maslon.com

ATTORNEYS FOR DEFENDANTS
JINGIT LLC, JINGIT HOLDINGS, LLC,
JINGIT FINANCIAL SERVICES, LLC,
TODD ROOKE, JOE ROGNESS, PHIL
HAZEL, SAM ASHKAR, HOLLY
OLIVER, SHANNON DAVIS, JUSTIN
JAMES, CHRIS OHLSEN, DAN
FRAWLEY, DAVE MOOREHOUSE, II,
TONY ABENA, CHRIS KARLS, JOHN E.
FLEMING, AND MUSIC.ME, LLC

*Additional Counsel for Defendants on Signature Page*

Douglas R. Dollinger (*pro hac vice*)
  (NY Bar No. 2354926)
LAW OFFICES OF DOUGLAS
  DOLLINGER
260 Main Street
Goshen, NY 10924
Telephone:     845-915-6800
Facsimile:     845-915-6801
E-mail:     ddollingeresq@gmail.com

Seth D. Heyman (CA Bar No. 194120)
HEYMAN LAW OFFICES
Suite 900
2600 Michelson Drive
Irvine, CA 92612
Telephone:     855-439-6628
Facsimile:     855-407-7714
E-mail:     sdh@heymanlegal.com

ATTORNEYS FOR PLAINTIFFS
INDIEZONE, INC., A DELAWARE
CORPORATION, AND EOBUY, LTD., AN
IRISH PRIVATE LIMITED
CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company, <br><br>　　　　　　　　Plaintiffs, <br><br>vs. <br><br>Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the **RICO Defendants**; <br><br>Jingit LLC, Jingit Holdings, LLC, Jingit Financial Services LLC, Music.Me, LLC, Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, | Case No.  3:13-cv-04280 (YGR/EDL) <br><br>ORDER GRANTING STIPULATION ~~AND *[PROPOSED]* ORDER~~ TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES AND HEARINGS ON PENDING MOTIONS <br><br>**AS MODIFIED BY THE COURT** |

29764\4165544.1

| | |
|---|---|
| 1 | |
| 2 | Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of Jingit LLC, ***Defendants in Negligence, and Aiding/Abetting***; |
| 3 | |
| 4 | Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary-Vicarious Infringement***, |
| 5 | |
| 6 | Defendants. |
| 7 | |

8  WHEREAS, there is a pending motion filed by certain of the defendants in this action presently set for hearing on March 25, 2014, which seeks to dismiss one of the two plaintiffs in this action, to compel arbitration with plaintiff Indiezone, Inc., and to stay all remaining proceedings in this action pending that arbitration (ECF 29);

WHEREAS, there is also a pending motion filed by plaintiffs, which seeks leave to file an amended complaint in this action presently set for hearing on April 1, 2014 (ECF 57);

WHEREAS, the Parties agree that there are overlapping issues of law and fact in the above-referenced motions and that it would serve the interests of judicial economy and efficiency if the Court heard the motions together in a single hearing;

WHEREAS, counsel for all affected parties are not jointly available until Tuesday, April 15, 2014;

WHEREAS, the Parties also believe that it would be inefficient at this time to plan discovery, motions and other case management processes for a case in which one plaintiff may be dismissed and that may shortly be ordered to binding arbitration where different rules and procedures will govern;

WHEREAS, the Parties also believe participation in the Court's ADR Multi-Option Program would be premature in light of the pending motions and the fact that the dispute may proceed to binding arbitration and the litigation otherwise stayed.

ACCORDINGLY, it is hereby stipulated and requested pursuant to Civil L.R. 6-2(a), by Indiezone, Inc. and eoBuy, Limited (together, "Plaintiffs"), and Defendants Jingit LLC, Jingit Holdings, LLC, Jingit Financial Services, LLC, Todd Rooke, Joe Rogness, Phil Hazel, Sam

Ashkar, Holly Oliver, Shannon Davis, Justin James, Chris Ohlsen, Dan Frawley, Dave Moorehouse, II, Tony Abena, Chris Karls, John E. Fleming, Music.Me, LLC, and U.S. Bank National Association (together, "Defendants"; Plaintiffs and Defendants collectively, the "Parties"), through their respective counsel as follows:

1. That the scheduled hearings on the two above-referenced motions (ECF 29 & 57) will be combined and rescheduled for April 15, 2014, at 2:00 p.m., and the previously scheduled hearings of March 25 and April 1, 2014 will be canceled and removed from the Court's calendar.

2. That the Initial Case Management Conference presently set for March 17, 2014, along with the associated deadlines for their Rule 26(f) meet and confer, their Rule 26(f) Report and their ADR Multi-Option Program deadlines be taken off calendar and rescheduled to dates approximately 90 days later, pending the Court's ruling on the pending motions (ECF 29 and 57), or such time thereafter as the Court's calendar will permit.

3. Subject to the Court's approval, that the following new dates and deadlines be set:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| **Hearing on Defendants' Motion to Dismiss, Compel Arbitration and Stay Proceedings & Plaintiffs' Motion to Amend Complaint** | March 25, 2014 & April 1, 2014 | **April 15, 2014 at 2:00 p.m.** |
| **Rule 26(f) Meet and Confer** | Feb. 24, 2014 | **May 23, 2014** |
| **ADR certification and stipulation to ADR process or Notice of Need for ADR Phone Conference** | Feb. 24, 2014 | **May 23, 2014** |
| **Case Management Statement** | Mar. 10, 2014 | **June 9, 2014** |
| **Case Management Conference** | Mar. 17, 2014, 2:00 PM | **Mon. June 16, 2014, 2:00 PM** |

This Stipulation and Request is supported by the attached Declaration of Counsel Pursuant to Civil L.R. 6-2(a).

| | | |
|---|---|---|
| 1 | Dated:  March 6, 2014 | LAW OFFICES OF DOUGLAS R. DOLLINGER |
| 2 | | |
| 3 | | By:   s/Douglas R. Dollinger |
| 4 | | Douglas R. Dollinger (*pro hac vice*) NY Bar No. 2354926 |
| 5 | | ATTORNEYS FOR PLAINTIFFS INDIEZONE, INC., A DELAWARE CORPORATION, AND EOBUY, LTD., AN IRISH PRIVATE LIMITED CORPORATION |
| 6 | | |
| 7 | | -and- |
| 8 | Dated:  March 6, 2014 | JAMES R. MCGUIRE (CA SBN 189275) JMcGuire@mofo.com ANGELA E. KLEINE (CA SBN 255643) AKleine@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California  94105-2482 Telephone:   415.268.7000 Facsimile: 415.268.7522 |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | By:   s/Angela Kleine Angela Kleine |
| 15 | | ATTORNEYS FOR DEFENDANT U.S. BANK NATIONAL ASSOCIATION |
| 16 | | |
| 17 | Dated: March 6, 2014 | Respectfully Submitted, |
| 18 | | MASLON EDELMAN BORMAN & BRAND, LLP |
| 19 | | |
| 20 | | By:   s/Joseph P. Ceronsky Joseph P. Ceronsky (*pro hac vice*) (MN Bar No. 391059) |
| 21 | | |
| 22 | | ATTORNEYS FOR DEFENDANTS JINGIT LLC, JINGIT HOLDINGS, LLC, JINGIT FINANCIAL SERVICES, LLC, TODD ROOKE, JOE ROGNESS, PHIL HAZEL, SAM ASHKAR, HOLLY OLIVER, SHANNON DAVIS, JUSTIN JAMES, CHRIS OHLSEN, DAN FRAWLEY, DAVE MOOREHOUSE II, TONY ABENA, CHRIS KARLS, JOHN E. FLEMING, AND MUSIC.ME, LLC |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## ORDER

Pursuant to the stipulation of the parties, the Court GRANTS the request to continue the current hearing dates of March 25 and April 1, 2014 to _____ APRIL 22, 2014 at 2:00 p.m.

The Motion of Defendant Target Corporation (Dkt. No. 69), set with insufficient notice for March 25, 2014, is likewise RESET to April 22, 2014. All other deadlines are RESET as proposed by the parties, set forth above.

**IT IS SO ORDERED.**

DATED: March 10, 2014

The Honorable Yvonne Gonzalez Rogers
United States District Judge