1  Robert N. Phillips (SBN 120970)
   Email: robphillips@reedsmith.com
2  Paulo L. Sousa (SBN 288705)
   Email: psousa@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105-3659
   Telephone:    +1 415 543 8700
5  Facsimile:    +1 415 391 8269

6  Attorneys for Defendants
   Wal-Mart Stores, Inc. (erroneously sued as
7  "Wal-Mart") and General Electric Company
   (erroneously sued as "General Electric")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company, <br><br> Plaintiffs, <br><br> vs. <br><br> Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the ***RICO Defendants;*** <br><br> Jingit LLC., Jingit Holdings LLC., Jingit Financial Services LLC., Music.Me, LLC, Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of the Jingit LLC., <br> ***Defendants in Negligence, and Aiding/Abetting;*** <br><br> Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary-Vicarious Infringement,*** <br><br> Defendants. | Case No.: 4:13-cv-04280-YGR <br><br> **DEFENDANTS WAL-MART STORES, INC. AND GENERAL ELECTRIC COMPANY'S NOTICE OF JOINDER AND JOINDER IN DEFENDANTS' MOTION TO COMPEL ARBITRATION, DISMISS PLAINTIFF EOBUY, LIMITED AND STAY ALL REMAINING PROCEEDINGS** <br><br> Date:          March 25, 2014 <br> Time:          2:00 p.m. <br> Place:         Courtroom 5 <br><br> Compl. Filed: September 16, 2013 <br><br> Honorable Yvonne Gonzalez Rogers |

Case No.: 4:13-cv-04280-YGR                – 1 –

DEFENDANTS WAL-MART STORES, INC. AND GENERAL ELECTRIC COMPANY'S NOTICE OF JOINDER
AND JOINDER IN DEFENDANTS' MOTION TO COMPEL ARBITRATION, DISMISS, AND STAY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 25, 2014 at 2:00 p.m. in Courtroom 5 of the above-referenced Court, which is located at 1301 Clay Street, Oakland, California, before the Honorable Yvonne Gonzalez Rogers, Judge of the United States District Court for the District of Northern California, defendants Wal-Mart Stores, Inc. (erroneously sued as "Wal-Mart") and General Electric Company (erroneously sued as "General Electric") (collectively, "Defendants") will and hereby do respond to plaintiffs Indiezone, Inc. and EoBuy, Limited's (collectively, "Plaintiffs") Complaint by joining in the *Motion of Defendants Rooke and Rogness to Compel Arbitration with Indiezone, Inc., Dismiss Plaintiff Eobuy, Limited and Motion of Remaining Defendants to Stay All Remaining Proceedings* (Dkt. No. 29) ("Motion to Compel, Dismiss, and Stay").

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and all papers and pleadings on file in this Action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants hereby respond to Plaintiffs' Complaint by joining, and incorporating by this reference as if fully set forth herein, the Notice of Motion and Motion to Compel, Dismiss, and Stay, Memorandum of Points and Authorities in Support Thereof, proposed order, the arguments and supporting affidavits made thereto, and all related papers/pleading filed in this Action, filed by defendants Jingit, LLC, Jingit Holdings, LLC, Jingit Financial Services, LLC, Sam Ashkar, Phil Hazel, Holly Oliver, Shannon Davis, Justin James, Chris Ohlsen, Dan Frawley, Dave Moorehouse II, Tony Abena, Chris Karls, John E. Fleming, Music.Me, LLC, and U.S. Bank National Association ("Stay Defendants") and Todd Rooke and Joe Rogness, to (1) compel arbitration between plaintiff Indiezone and defendants Rook and Rogness; (2) dismiss eoBuy, Limited pursuant to Federal Rules of Civil Prcoedure 17(b)(2) and 12(b)(6), on the grounds that eoBUy Limited is a defunct Irish corporation with no capacity to sue; and (3) stay the remaining claims against the Stay Defendants in this action, including as to Defendants Wal-Mart Stores, Inc. and General Electric Company, pending the outcome of the arbitration against defendants Rooke and Rogness pursuant to 9 U.S.C. § 3. That motion is brought on the grounds that all claims against all defendants in this action are wholly dependent on plaintiff Indiezone's arbitrable claims that defendants Rooke and Rogness

Case No.: 4:13-cv-04280-YGR – 2 –

DEFENDANTS WAL-MART STORES, INC. AND GENERAL ELECTRIC COMPANY'S NOTICE OF JOINDER AND JOINDER IN DEFENDANTS' MOTION TO COMPEL ARBITRATION, DISMISS, AND STAY

misappropriated trade secrets or other proprietary information of Plaintiffs.

## CONCLUSION

For the reasons set out herein and in the incorporated joined papers, Defendants respectfully ask the Court to compel arbitration between plaintiff Indiezone and defendants Rooke and Rogness, dismiss eoBuy, Limited as a plaintiff, and stay litigation against the remaining Stay Defendants pending the arbitration, including as to Defendants Wal-Mart Stores, Inc. and General Electric Company.

DATED:  March 11, 2014          REED SMITH LLP


By      /s/ *Robert N. Phillips*
   Robert N. Phillips (SBN 120970)
   Paulo L. Sousa (SBN 288705)

   Attorneys for Defendants
   Wal-Mart Stores, Inc. and General Electric Company