1  Douglas R. Dollinger (*pro hac vice*) (NY Bar No. 2354926)
   The Law Offices of Douglas R. Dollinger
2  & Associates
3  50 Main Street-Suite 1000
   White Plains, NY 10606
4  Telephone:    845-915-6800
   Facsimile:    845-915-6801
5  E-mail:ddollingeresq@gmail.com

6
   Seth D. Heyman (CA Bar No. 194120CA)
7  Heyman Law Offices
   2600 Michelson Drive- Suite 900
8  Irvine, CA 92612
   Telephone:    855-439-6628
9  Facsimile:    855-407-7714
10 E-mail:sdh@heymanlegal.com
   Attorneys for Plaintiffs

11                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
12                     OAKLAND DIVISION
13

| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company, | Case No. CV13-04280 YGR/EDL |
|---|---|
| *Plaintiffs,* vs. | PLAINTIFFS' NOTICE OF MOTION REQUESTING TO CORRECT SUPPLEMENT AND/OR AMEND THEIR SUMMONS AND THEIR SUMMONS AND COMPLAINT PURSAUNT TO FED. RULES CIV. P. 15(a) AND 20(a). |
| Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the ***RICO Defendants***; | |
| Jingit LLC., Jingit Holdings LLC., Jingit Financial, Services LLC., Music. Me, LLC., Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of the Jingit LLC., ***Defendants in Negligence, and Aiding/Abetting;*** | Hon. Yvonne Gonzalez Rogers Date: April 22, 2014 Time: 2:00 p.m. Place: Courtroom 5 |
| Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary -Vicarious Infringement,*** *Defendants .* | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

- 1 -

**PLEASE TAKE NOTICE** that on April 22, 2014 at 2:00 p.m., in Courtroom 5 of the above-referenced Court, which is located at 1301 Clay Street, Oakland, California, before the Honorable Yvonne Gonzalez Rogers, Judge of the United States District Court for the District of Northern California, t Plaintiffs eoBuy Limited and Indiezone Inc., will and hereby does move the Court for an order:

    1.    Granting Plaintiffs' application pursuant to Fed Rules of Civ.P. 15(a) and 20(a) to amend the summons and complaint filed in this matter to reflect the correct name of the Plaintiff eoBuy Ventures Limited on the grounds that eoBuy Licensing Limited is and was the intended Plaintiff in these proceedings.

Respectfully submitted,

Douglas R. Dollinger, Esq., NY Bar No. 2354926
Appearing *Pro Hac Vice*
The Law Offices of Douglas R. Dollinger
& Associates
50 Main Street-Suite 1000
White Plains, New York 10606
Telephone:   845-915-6800
Facsimile:    845-915-6801
E-mail: ddollingeresq@gmail.com

/S/
Seth D. Heyman, Esq., CA Bar No. 194120
2600 Michelson Drive, Suite 900
Irvine, CA 92612
Telephone: 855-439-6628
Facsimile: 855-207-3967
Email: sdh@heymanlegal.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with the Rules, on this date April 1, 2014, a true and correct copy of the foregoing document was delivered to Defendants of Record, by both EFC means and by 1st class mail to or through their Counsel of Record.

*[signature]*

Douglas R. Dollinger, Esq., NY Bar No. 2354926
Appearing *Pro Hac Vice*
The Law Offices of Douglas R. Dollinger
& Associates
50 Main Street-Suite 1000
White Plains, New York 10606
Telephone:   845-915-6800
Facsimile:    845-915-6801
E-mail: ddollingeresq@gmail.com