1  Seth D. Heyman, Esq.-Local Counsel
   2600 Michelson Drive,
2  Suite 900,
   Irvine, CA 92612.
3  Tel: 888-710-2799
4  Fax: 760-452-7714
   e-mail sdh@heymanlegal.com
5

6  Douglas R. Dollinger, Esq.–Pro Hoc Vice Bar No. NY
   50 Main Street-Suite 1000
7  White Plains, New York 10606
   Tel.   845.915.6800
8  Facs.  845.915.6801
   e-mail ddollingeresq@gmail.com
9  Attorneys for Plaintiffs

10 UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
11 **OAKLAND DIVISION**

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company,<br><br>Plaintiffs,<br><br>vs.<br><br>Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the ***RICO Defendants***;<br><br>Jingit LLC, Jingit Holdings, LLC, Jingit Financial Services LLC., Music.Me, LLC., Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of Jingit LLC, ***Defendants in Negligence, and Aiding/Abetting***;<br><br>Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary-Vicarious Infringement***,<br><br>Defendants. | Case No: 3:13-cv-04280 YGR<br><br>**DECLARATION OF DOUGLAS R. DOLLINGER IN SUPPORT OF THE MOTION TO AMEND THE SUMMONS AND COMPLAINT AND IN THE THE ALTERNATIVE FOR PERMISIVE JOINDER OF PARTIES FED. R. CIV. P. 15(a) & 20(a).** |

corporate entity eoBuy Ltd., which existed during the initial assignment stages and formation of the eoBuy IP had been administratively dissolved in or about 2008. **[DE 29-35.]**

Based on conversations with Conor Fennelly CEO of eoBuy and Indiezone on or about November 15th 2007, the Board of Directors of eoBuy Ltd., for reasons of revising the shareholder structure and settlement of claims, a vote was taken allowing the company to administratively dissolve on April 1, 2008. **[DE 54-1.]**

Prior to the foregoing, eobuy's IP and licenses were assigned to EoBuy's holding corporation Amdex, Pte. Several months later the IP and licenses were transferred back into the newly formed company eoBuy Ventures Limited a company formed under the laws of Ireland. eoBuy Ventures limited has been doing business as eoBuy since August 2008 and has remained the eoBuy IP repository since that date. CEO Fennelly did not understand the implications of simply using the name eoBuy and when he provided the name of the entities as Plaintiff did not advise this office of the actual name of the entity as the intended Plaintiff, eoBuy Ventures Limited. **[DE 54-1.]**

Apparently, these facts are not new, nor were they unknown to the Defendants Rooke and Rogness. It was during this period they were negotiating equity positions for themselves. In response to the requests of Rooke and Rogness concerning the desire to obtain eoBuy equity each were advised specifically that the shareholders of eoBuy were limited and that none could be issued to them. **[DE 54-1.]**

Plaintiff is now seeking leave to amend the summons and complaint for the reasons set forth above. **[DE 54-1.]**

The facts in this case arise out of the same transaction, occurrence, or series of transactions or occurrences and represent a criminal enterprise among the ***RICO Person Defendants*** as *an association in fact* involving the foregoing **RICO Enterprise Entities/Members.**

Defendants have served and filed their Motions to Compel, Dismiss and otherwise Stay these proceeding but have not yet filed a responsive pleading from which any prejudice could be claimed. **[DE 29-35.]** Under the circumstance, and especially for the

reason that no discovery has been had, including depositions of the parties, Plaintiffs' Motion should be granted.

_____
DOUGLAS R. DOLLINGER, ESQ., P.C.
& Associates
Attorneys for Plaintiff
50 Main Street-Suite 1000
White Plains, New York 10606
Tele. 845.915.6800
Fax. 845.915.6801
**Bar No. N.Y. 2354926 Fed. No. 5922**