Exhibit "A"

# Combined Company Register

# Of

# eoBuy Licencing Limited

Registration Details

Register of Directors

Register of Secretaries

Minutes

Applications and Allotments

Register of Members & Share Ledger

Register of Transfers

Register of Directors' & Secretary's Interests

Register of Interests in shares

Register of Mortgages and Charges

Register of Debentures

Share Certificates

# Registration Details

Registered Title: **eoBuy Licencing Limited**

Registered Office: 4 Parkview

Portlaoise

Co. Laois

Changed To:

Certificate Number: 459923

Certificate held at: _Parkview, Portlaoise, Co. Laois_

Incorporation Date: 15/07/2008

Seal Held At: _Parkview, Portlaoise, Co. Laois_

Register Held At: _Parkview, Portlaoise, Co. Laois_

# Register of

# Directors

# Register of Directors

| | |
|---|---|
| Present Forename(s) and Surname: | **Conor Fennelly** |
| Any Former Name(s) or Surname: | |
| Date of Birth: | 25/04/1970 |
| Residential Address: | 4 Parkview |
| | Portlaoise |
| | Co. Laois |
| Nationality: | Irish |
| Business Occupation: | Software Executive |
| Date of Appointment: | 15/07/2008 |
| Date of Notification to CRO: | 15/07/2008 |
| Date of Resignation: | |
| Date of Notification to CRO: | |

# Register of Directors

Present Forename(s) and Surname: **John Fennelly**

Any Former Name(s) or Surname:

Date of Birth: 28/02/1975

Residential Address: 4 Parkview

Portlaoise

Co. Laois

Nationality: Irish

Business Occupation: Agriculture

Date of Appointment: 15/07/2008

Date of Notification to CRO: 15/07/2008

Date of Resignation:

Date of Notification to CRO:

# Register of

# Secretaries

# Register of Secretaries

*(Maintained pursuant to Section 51 of the Companies Act, 1990)*

## SECRETARY:

| | |
|---|---|
| Present Forename(s) and Surname: | **Teresa Byrne** |
| Any Former Name(s) or Surname: | |
| Residential Address: | 39 Whitethorn Crescent |
| | Artane |
| | Dublin 5 |
| Date of Appointment: | 15/07/2008 |
| Date of Notification to CRO: | 15/07/2008 |
| Date of Resignation: | 15/07/2008 |
| Date of Notification to CRO: | 15/07/2008 |

## SECRETARY:

| | |
|---|---|
| Present Forename(s) and Surname: | **Conor Fennelly** |
| Any Former Name(s) or Surname: | |
| Residential Address: | 4 Parkview |
| | Portlaoise |
| | Co. Laois |
| Date of Appointment: | 15/07/2008 |
| Date of Notification to CRO: | 15/07/2008 |
| Date of Resignation: | |
| Date of Notification to CRO: | |

## Important notice

CRO uses cookies to give you the best experience on our websites. By using this site you agree to our use of cookies as described in this Privacy Policy

Hide this message



# Company Details

You may view a list of submissions or request a company printout which details a company's name and previous name, registered office, company type, incorporation and annual return details, charges secured against it, directors and secretary, and a list of each submission that has been received or registered. In the case of an external company, the directors and secretary are not listed, instead the person responsible for compliance and the person responsible to accept service of process are listed.

## What would you like to do?

- View the list of Submissions
- Request a Company Printout

## Details

| Type | Company |
|---|---|
| Number | 459923 |
| Name | EOBUY LICENCING LIMITED |
| Address | 4 PARKVIEW<br>PORTLAOISE<br>CO. LAOIS |
| Registered | 15/07/2008 |
| Status | Normal<br><br>Effective Date 15/07/2008 |
| Last AR Date | 15/01/2013 |
| Next AR Date | 15/01/2014 |
| Last Accounts to Date | 31/07/2012 |

