1  James R. Steffen (*pro hac vice*)
   Peter M. Routhier (*pro hac vice*)
2  Faegre Baker Daniels LLP
   90 South Seventh Street
3  Minneapolis, MN 55402
   Telephone: (612) 766-7000
4  Facsimile:  (612) 766-1600

5  Calvin L. Litsey (CA SBN 289659)
   Calvin.Litsey@FaegreBD.com
6  Faegre Baker Daniels LLP
   1950 University Avenue, Suite 450
7  East Palo Alto, California 94303
   Telephone: (650) 324-6700
8  Facsimile:  (650) 324-6701

9  *Attorneys for Defendant*
   *Target Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company, <br><br> Plaintiffs, <br><br> v. <br><br> Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the **RICO Defendants**; <br><br> Jingit LLC., Jingit Holdings LLC., Jingit Financial, Services LLC., Music.Me, LLC., Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of the Jingit LLC., ***Defendants in Negligence, and Aiding/ Abetting;*** <br><br> Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary-Vicarious Infringement***, <br><br> Defendants. | CASE NO. 4:13-cv-04280-YGR <br><br> **REPLY IN SUPPORT OF DEFENDANT TARGET CORPORATION'S MOTION TO (1) DISMISS PLAINTIFF EOBUY, LIMITED AND (2) STAY ALL REMAINING PROCEEDINGS** <br><br> Hon. Yvonne Gonzalez Rogers <br><br> Date: April 22, 2014 <br> Time: 2:00 p.m. <br> Place: Courtroom 1, 4th Floor |

|   |   |
|---|---|
| 1 | **REPLY IN SUPPORT OF MOTION TO DISMISS AND TO STAY** |
| 2 | Defendant Target Corporation ("Target") submits this reply in support of its Motion to |
| 3 | Dismiss plaintiff eoBuy, Limited and to stay the remaining claims against Target (ECF No. 76). |
| 4 | Target hereby joins, and incorporates by reference as if fully set forth herein, (1) the |
| 5 | Reply of defendants Tony Abena, Sam Ashkar, Shannon Davis, John E. Fleming, Dan Frawley, |
| 6 | Phil Hazel, Justin James, Jingit Financial Services, LLC, Jingit Holdings, LLC, Jingit LLC, Chris |
| 7 | Karls, Dave Moorehouse, II, Music.Me LLC, Chris Ohlsen, Holly Oliver, Joe Rogness, Todd |
| 8 | Rooke (ECF No. 60) including the declarations and other materials submitted in support thereof |
| 9 | (ECF Nos. 61, 62); (2) the Reply of Defendant U.S. Bank National Association (ECF No. 63); |
| 10 | and (3) the Joinder of Defendants General Electric and Walmart (ECF No. 74). |

Dated: April 8, 2014

FAEGRE BAKER DANIELS LLP

By: */s/ Peter M. Routhier*
James R. Steffen (*pro hac vice*)
Peter M. Routhier (*pro hac vice*)
Faegre Baker Daniels LLP
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Defendant*
*Target Corporation*