1  JAMES R. MCGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
2  ANGELA E. KLEINE (CA SBN 255643)
   AKleine@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:   415.268.7000
5  Facsimile:   415.268.7522

6  Attorneys for Defendant
   U.S. Bank National Association
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

| | |
|---|---|
| 12  Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company, | Case No. 3:13-cv-04280-VC |
| 14                   *Plaintiffs,* | **U.S. BANK NATIONAL ASSOCIATION'S RE-NOTICE OF ITS MOTION TO DISMISS PLAINTIFF EOBUY, LIMITED AND STAY ALL REMAINING PROCEEDINGS** |
| 15           vs. | |
| 16  Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the ***RICO Defendants***; | Honorable Vince Chhabria |
| 18  Jingit LLC., Jingit Holdings LLC., Jingit Financial, Services LLC., Music.Me, LLC., Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of the Jingit LLC., ***Defendants in Negligence, and Aiding/ Abetting;*** | Date:    June 5, 2014<br>Time:    1:30 p.m.<br>Place:   Courtroom 4, 17th Floor |
| 23  Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary-Vicarious Infringement***, | |
| 25                   *Defendants.* | |

**RE-NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's Order Reassigning Case, the hearing on defendant U.S. Bank National Association's motion to (1) dismiss plaintiff eoBuy, Limited pursuant to Federal Rules of Civil Procedure 17(b)(2) and 12(b)(6) and (2) stay this action pending arbitration pursuant to 9 U.S.C. § 3, which was previously noticed for February 18, 2014 (ECF No. 35) and scheduled for April 22, 2014 (ECF No. 71), will now take place on June 5, 2014, at 1:30 p.m. in Courtroom 4 of the above-referenced Court, which is located at 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Vince Chhabria, Judge of the United States District Court for the District of Northern California,

Dated: April 23, 2014

JAMES R. MCGUIRE
ANGELA E. KLEINE
MORRISON & FOERSTER LLP

By: /s/ Angela E. Kleine
    Angela E. Kleine

Attorneys for Defendant
U.S. Bank National Association

sf-3409673