1  James R. Steffen (*pro hac vice*)
   Peter M. Routhier (*pro hac vice*)
2  Faegre Baker Daniels LLP
   90 South Seventh Street
3  Minneapolis, MN 55402
   Telephone: (612) 766-7000
4  Facsimile:  (612) 766-1600

5  Calvin L. Litsey (CA SBN 289659)
   Calvin.Litsey@FaegreBD.com
6  Faegre Baker Daniels LLP
   1950 University Avenue, Suite 450
7  East Palo Alto, California 94303
   Telephone: (650) 324-6700
8  Facsimile:  (650) 324-6701

9  *Attorneys for Defendant*
   *Target Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the ***RICO Defendants***;<br><br>Jingit LLC., Jingit Holdings LLC., Jingit Financial, Services LLC., Music.Me, LLC., Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of the Jingit LLC., ***Defendants in Negligence, and Aiding/ Abetting;***<br><br>Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary-Vicarious Infringement***,<br><br>                    Defendants. | CASE NO. 4:13-cv-04280 (VC)<br><br>**DEFENDANT TARGET CORPORATION'S OPPOSITION TO PLAINTIFF'S (1) SECOND MOTION TO AMEND THEIR SUMMONS AND COMPLAINT AND (2) MOTION REQUESTING AN ENLARGEMENT OF TIME TO SUBMIT A CORRECTED RESPONSE AND/OR RENEW THEIR RESPONSE TO THE DEFENDANTS' MOTIONS TO COMPEL ARBITRATION, DISMISS OR STAY THE PROCEEDINGS**<br><br>Honorable Vince Chhabria<br><br>Date: June 5, 2014<br>Time: 1:30 p.m.<br>Place: Courtroom 4, 17th Floor |

1    Target Corporation hereby joins and incorporates by reference, as if fully set forth herein, the Memorandum in Opposition to Plaintiff's Second Motion to Amend Their Summons and Complaint, and the Memorandum in Opposition to Plaintiff's Motion Requesting An Enlargement of Time to Submit a Corrected Response and/or Renew their Response to the Defendants' Motions to Compel Arbitration, Dismiss or Stay the Proceedings, and the arguments and supporting affidavits made thereto, filed by defendants Jingit LLC, Jingit Holdings, LLC, Jingit Financial Services, LLC, Todd Rooke, Joe Rogness, Sam Ashkar, Phil Hazel, Holly Oliver, Shannon Davis, Justin James, Chris Ohlsen, Dan Frawley, Dave Moorehouse II, Tony Abena, Chris Karls, John E. Fleming, and Music.Me, LLC (ECF Nos. 94-95, 97), on the grounds that an amendment would be futile and an enlargement of time would be improper.

Dated:  April 23, 2014

FAEGRE BAKER DANIELS LLP

By: */s/ Peter M. Routhier*
James R. Steffen (*pro hac vice*)
Peter M. Routhier (*pro hac vice*)
Faegre Baker Daniels LLP
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600

*Attorneys for Defendant*
*Target Corporation*