| | |
|---|---|
| 1 | Douglas R. Dollinger (*pro hac vice*) (NY Bar No. 2354926) |
| 2 | Law Offices of Douglas Dollinger<br>50 Main Street Suite 1100 |
| 3 | White Plains, NY 10606<br>Telephone:    845-915-6800 |
| 4 | Facsimile:     845-915-6801<br>E-mail:         ddollingeresq@gmail.com |
| 5 | |
| 6 | Seth D. Heyman (CA Bar No. 194120CA)<br>Heyman Law Offices |
| 7 | Suite 900<br>2600 Michelson Drive |
| 8 | Irvine, CA 92612<br>Telephone:    855-439-6628 |
| 9 | Facsimile:     855-407-7714<br>E-mail:         sdh@heymanlegal.com |
| 10 | *Attorneys for Plaintiffs Indiezone, Inc. and eoBuy Licensing Ltd.* |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSICO DIVISION**

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company, | **Case No:  3:13-cv-04280 VC** |
| Plaintiffs, | |
| vs. | **PLAINTIFF'S OPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION TO AMEND COMPLAINT AND DEFENDANTS' RESPONSE TO MOTION REQUESTING AN ENLARGEMENT OF TIME TO SUBMIT A CORRECTED RESPONSE TO THE DEFENDANTS' MOTIONS TO COMPEL ARBITRATION, DISMISS OR STAY THE PROCEEDINGS PURSUANT TO CIVIL LOCAL RULES 6-3.** |
| Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the **RICO Defendants**; | |
| Jingit LLC, Jingit Holdings, LLC, Jingit Financial Services LLC., Music.Me, LLC., Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of Jingit LLC, ***Defendants in Negligence, and Aiding/Abetting***; | |
| | Courtroom: 4, 17th Floor<br>District Judge Vince Chhabria |
| Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary-Vicarious Infringement***, | |
| Defendants. | |

*Plaintiff's Opposed Motion For An Enlargement Of Time To Reply To Defendants' Response To Motion To Amend Complaint And Defendants' Response To Motion Requesting An Enlargement Of Time To Submit A Corrected Response To The Defendants' Motions To Compel Arbitration, Dismiss Or Stay The Proceedings*

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** attorney Douglas R. Dollinger with an application requesting an enlargement of time to reply to Defendants' Response to Motion to Amend Complaint **[DE 94]** and Defendants' Response to Motion Requesting an Enlargement of Time to Submit a Corrected Response to the Defendants' Motions to Compel Arbitration, Dismiss or Stay the Proceedings**[DE 97]** pursuant to Civil Local Rules 6-3.

This motion opposed and  is supported by the Declaration of Douglas R. Dollinger.

Dated: April 30, 2014				**LAW OFFICES OF DOUGLAS R. DOLLINGER**

						By:	/S/
							Douglas R. Dollinger (*pro hac vice*)
							NY Bar No. 2354926
							Law Offices of Douglas Dollinger
							50 Main Street Suite 1100
							White Plains, NY 10606
							Telephone: 845-915-6800
							Facsimile: 845-915-6801
							E-mail: ddollingeresq@gmail.com
							*Attorney for Plaintiffs*

2

*Plaintiff's Opposed  Motion For An Enlargement Of Time To Reply To Defendants' Response To Motion To Amend Complaint And Defendants' Response To Motion Requesting An Enlargement Of Time To Submit A Corrected Response To The Defendants' Motions To Compel Arbitration, Dismiss Or Stay The Proceedings*

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED THAT:**

After duly considering the Plaintiffs' Opposed Motion for an enlargement of time to reply to Defendants' Response to Motion to Amend Complaint **[DE 94]** and Defendants' Response to Motion Requesting an Enlargement of Time to Submit a Corrected Response to the Defendants' Motions to Compel Arbitration, Dismiss or Stay the Proceedings**[DE 97]** pursuant to Civil Local Rules 6-3, the Court finds good cause exists and the Motion is hereby GRANTED.  Plaintiffs time to reply is enlarged to May 7, 2014.

Dated: April ___, 2014

_____
District Judge Vince Chhabria

3

*Plaintiff's Opposed Motion For An Enlargement Of Time To Reply To Defendants' Response To Motion To Amend Complaint And Defendants' Response To Motion Requesting An Enlargement Of Time To Submit A Corrected Response To The Defendants' Motions To Compel Arbitration, Dismiss Or Stay The Proceedings*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2014, I electronically filed the foregoing document with the Clerk of the Court by using the ECF system for filing and served the Counsel appearing for all parties to these proceedings.

/S/_____
Douglas R. Dollinger, Esq.
Pro Hoc Vice Bar No. NY 2354926
*Law Office of Douglas R. Dollinger, P.C.*
*& Associates*
50 Main Street-Suite 1000
White Plains, New York 10924
Telephone: (845) 915-6800
Facsimile: (845) 915-6801
E-mail: ddollingeresq@gmail.com
*Attorney for Plaintiffs*

4

*Plaintiff's Opposed Motion For An Enlargement Of Time To Reply To Defendants' Response To Motion To Amend Complaint And Defendants' Response To Motion Requesting An Enlargement Of Time To Submit A Corrected Response To The Defendants' Motions To Compel Arbitration, Dismiss Or Stay The Proceedings*