Douglas R. Dollinger (*pro hac vice*) (NY Bar No. 2354926)
Law Offices of Douglas Dollinger
50 Main Street Suite 1100
White Plains, NY 10606
Telephone:      845-915-6800
Facsimile:      845-915-6801
E-mail:         ddollingeresq@gmail.com

Seth D. Heyman (CA Bar No. 194120CA)
Heyman Law Offices
Suite 900
2600 Michelson Drive
Irvine, CA 92612
Telephone:      855-439-6628
Facsimile:      855-407-7714
E-mail:         sdh@heymanlegal.com

*Attorneys for Plaintiffs Indiezone, Inc. and eoBuy Licensing Ltd.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSICO DIVISION**

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company,<br><br>Plaintiffs,<br><br>vs.<br><br>Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the ***RICO Defendants***;<br><br>Jingit LLC, Jingit Holdings, LLC, Jingit Financial Services LLC., Music.Me, LLC., Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of Jingit LLC, ***Defendants in Negligence, and Aiding/Abetting***;<br><br>Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary-Vicarious Infringement***,<br><br>Defendants. | **Case No: 3:13-cv-04280 VC**<br><br>**DECLARATION OF DOUGLAS R. DOLLINGER IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION TO AMEND COMPLAINT AND DEFENDANTS' RESPONSE TO MOTION REQUESTING AN ENLARGEMENT OF TIME TO SUBMIT A CORRECTED RESPONSE TO THE DEFENDANTS' MOTIONS TO COMPEL ARBITRATION, DISMISS OR STAY THE PROCEEDINGS PURSUANT TO CIVIL LOCAL RULES 6-3.**<br><br>Courtroom: 4, 17th Floor<br>District Judge Vince Chhabria |

I, **DOUGLAS R. DOLLINGER, ESQ.,** admitted to practice pro hac vice in the United States District Court of Northern District of California San Francisco Division, declare under the penalty of perjury the following:

1. On April 23, 2014, Defendants filed five Responses to Plaintiffs' Motion to Amend Complaint and Plaintiffs' Motion Requesting an Enlargement of Time to Submit a Corrected Response to the Defendants' Motions to Compel Arbitration, Dismiss or Stay the Proceedings. **[DE 94, DE 97, DE 98, DE 99, DE 100].**

2. Defendants Responses included a Declaration from Brian Walker, a Barrister-of-Law in Ireland, who made a number of statements referencing numerous documents attached to his declaration. **[DE 95, Exhibits A-L].**

3. In order for Plaintiffs to reply to Defendants responses, Plaintiffs are required to investigate the assertions made by Mr. Walker and the documents submitted in support of those assertions. This can only be accomplished through contact with officials in Ireland and Plaintiffs' investigation is hindered by the different hours of operation of businesses in different time zones.

4. In anticipation of this burden, on April 28, 2014, Plaintiffs' contacted Defendants' counsel requesting a stipulation to enlarge time to respond but that request was denied.

5. Plaintiffs' now seek the Court's permission to enlarge time to reply to Defendants' responses to May 7, 2014. Because this is a reply it will not affect any filing deadlines for the Defendants nor change the scheduled hearing date of June 5, 2014. Defendants would therefore not be prejudiced by the enlargement of time.

Dated: April 30, 2014

**LAW OFFICES OF DOUGLAS R. DOLLINGER**

By: /S/
Douglas R. Dollinger (pro hac vice)
NY Bar No. 2354926
50 Main Street Suite 1100
White Plains, NY 10606
Telephone: 845-915-6800
Facsimile: 845-915-6801
E-mail:    ddollingeresq@gmail.com
Attorney for Plaintiffs