James W. Morando (CA Bar No. 087896)
Deepak Gupta (CA Bar No. 226991)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
E-mail:  jmorando@fbm.com
E-mail:  dgupta@fbm.com

Keiko L. Sugisaka (*pro hac vice*)
(MN Bar No. 266152)
Joseph P. Ceronsky (*pro hac vice*)
(MN Bar No. 391059)
MASLON EDELMAN BORMAN
    & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:   612-672-8200
Facsimile:   612-672-8397
E-mail: keiko.sugisaka@maslon.com
E-mail: joseph.ceronsky@maslon.com

ATTORNEYS FOR DEFENDANTS
JINGIT LLC, JINGIT HOLDINGS, LLC,
JINGIT FINANCIAL SERVICES, LLC,
TODD ROOKE, JOE ROGNESS, PHIL
HAZEL, SAM ASHKAR, HOLLY
OLIVER, SHANNON DAVIS, JUSTIN
JAMES, CHRIS OHLSEN, DAN
FRAWLEY, DAVE MOOREHOUSE, II,
TONY ABENA, CHRIS KARLS, JOHN E.
FLEMING, AND MUSIC.ME, LLC

*Additional Counsel for Defendants on Signature Page*

Douglas R. Dollinger (*pro hac vice*)
    (NY Bar No. 2354926)
LAW OFFICES OF DOUGLAS
    DOLLINGER
260 Main Street
Goshen, NY 10924
Telephone:   845-915-6800
Facsimile:   845-915-6801
E-mail:   ddollingeresq@gmail.com

Seth D. Heyman (CA Bar No. 194120)
HEYMAN LAW OFFICES
Suite 900
2600 Michelson Drive
Irvine, CA 92612
Telephone:   855-439-6628
Facsimile:   855-407-7714
E-mail:   sdh@heymanlegal.com

ATTORNEYS FOR PLAINTIFFS
INDIEZONE, INC., A DELAWARE
CORPORATION, AND EOBUY, LTD., AN
IRISH PRIVATE LIMITED
CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company,<br><br>Plaintiffs,<br>vs.<br><br>Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the ***RICO Defendants***;<br><br>Jingit LLC, Jingit Holdings, LLC, Jingit Financial Services LLC, Music.Me, LLC, Tony Abena, John | Case No.  3:13-cv-04280 (VC)<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** AS MODIFIED |

E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of Jingit LLC, *Defendants in Negligence, and Aiding/Abetting*;

Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, *Defendants in Negligence Secondary-Vicarious Infringement*,

Defendants.

WHEREAS, Plaintiffs Indiezone, Inc. and eoBuy, Limited filed the Complaint on September 16, 2013, alleging twenty-seven counts against the above-named Defendants related to alleged misappropriation of Plaintiffs' intellectual property (ECF 1);

WHEREAS, the Jingit Defendants[1] and Defendant U.S. Bank National Association ("U.S. Bank") stipulated with Plaintiffs for extensions of time to respond to the Complaint through January 10, 2014 (ECF 11-13 & 17);

WHEREAS, on January 10, 2014, the Jingit Defendants filed a: (1) Motion of Defendants Rooke and Rogness to Compel Arbitration with Indiezone, Inc. based on a mandatory arbitration clause in their employment agreements with Indiezone; (2) Motion to Dismiss Plaintiff eoBuy, Limited because this plaintiff dissolved in 2008 and lacked capacity to sue; and (3) Motion of Remaining Defendants to Stay All Remaining Proceedings pending the outcome of the arbitration (ECF 29);

WHEREAS, on January 10, 2014, Defendant U.S. Bank filed a motion joining the Jingit Defendants' Motions to Dismiss eoBuy, Limited and Stay All Remaining Proceedings (ECF 35);

WHEREAS, Plaintiffs filed a motion for leave to amend their Complaint to add or substitute a party on February 21, 2014, seeking to add "eoBuy Ventures Limited" as a plaintiff (ECF 57);

---

[1] "Jingit Defendants" are Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver, Jingit, LLC, Jingit Holdings, LLC, Jingit Financial Services, LLC, Music.Me, LLC, Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis and Chris Karls.

STIPULATION AND [PROP.] ORDER TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE / Case    - 2 -
No. 3:13-cv-04280 (VC)

WHEREAS, on March 6, 2014, Plaintiffs, Jingit Defendants and U.S. Bank filed a Stipulation to Continue Initial Case Management Conference and Associated Deadlines based on the Parties' agreement that it would be inefficient to plan discovery, motions and other case management processes, including the Court's ADR Multi-Option Program, for a case in which one plaintiff may be dismissed and that may shortly be ordered to binding arbitration where different rules and procedures will govern (ECF 64);

WHEREAS, the parties to the March 6, 2014 Stipulation also agreed to combine the hearings on Defendants' and Plaintiffs' pending motions (ECF 64);

WHEREAS, on March 7, 2014, Defendant Target Corporation ("Target") joined Jingit Defendants' Motions to Dismiss eoBuy, Limited and Stay All Remaining Proceedings (ECF 69);

WHEREAS, on March 10, 2014, pursuant to the Parties' Stipulation, the Court ordered continuation of the case management conference until roughly two months after the joint hearing date for the pending motions (ECF 71);

WHEREAS, on March 11, 2014 Defendants Wal-Mart Stores, Inc. ("Wal-Mart") and General Electric Company ("General Electric") joined Jingit Defendants' Motions to Dismiss eoBuy, Limited and Stay All Remaining Proceedings (ECF 74);

WHEREAS, Plaintiffs filed a second motion for leave to amend their Complaint to add or substitute a party on April 1, 2014 (ECF 84) and April 9, 2014 (ECF 90) seeking to add "eoBuy Licensing Limited" as a plaintiff;

WHEREAS, on April 9, 2014, Plaintiffs filed a Motion Requesting an Enlargement of Time to Submit a Corrected Response and/or Renew their Response to the Defendants' Motions to Compel Arbitration, Dismiss or Stay Proceedings (ECF 91) to include "eoBuy Licensing Limited" as a plaintiff in response to Defendants' motions;

WHEREAS, on April 17, 2014, the case was transferred to the Honorable Vince Chhabria pursuant to the Order Reassigning Case;

WHEREAS, the Order Reassigning Case vacated all case management conference dates and motion hearing dates;

WHEREAS, the Parties have conferred and have re-noticed all pending motions for Thursday, June 5, 2014 at 1:30 p.m.;

WHEREAS, the Parties have conferred and still agree that it would be inefficient to plan discovery, motions and other case management processes, including the Court's ADR Multi-Option Program, for a case in which one plaintiff may be dismissed and that may be ordered to binding arbitration where different rules and procedures will govern;

WHEREAS, notwithstanding the above, Plaintiffs have informed Defendants of their intent to file a motion seeking expedited discovery of certain electronic evidence from Defendants Rooke and Rogness also to be heard on Thursday, June 5, 2014 at 1:30 p.m.;

ACCORDINGLY, it is hereby stipulated and requested pursuant to Civil L.R. 6-2(a), by Indiezone, Inc. and eoBuy, Limited (together, "Plaintiffs"), and Defendants Jingit LLC, Jingit Holdings, LLC, Jingit Financial Services, LLC, Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver, Shannon Davis, Justin James, Chris Ohlsen, Dan Frawley, Dave Moorehouse, II, Tony Abena, Chris Karls, John E. Fleming, Music.Me, LLC, U.S. Bank National Association, Target Corporation, Wal-Mart Stores, Inc. and General Electric Company (together, "Defendants"; Plaintiffs and Defendants collectively, the "Parties"), through their respective counsel as follows:

1.  That the Initial Case Management Conference, along with the associated deadlines for the Rule 26(f) meet and confer, the Rule 26(f) Report and the ADR Multi-Option Program deadlines be scheduled for ~~dates no earlier than August 2014, pending the Court's ruling on the pending motions, or such time thereafter as the Court's calendar will permit.~~ August 15, 2014, at 10:30 a.m.

This Stipulation and Request is supported by the attached Declaration of Counsel Pursuant to Civil L.R. 6-2(a).

STIPULATION AND [PROP.] ORDER TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE / Case      - 4 -
No. 3:13-cv-04280 (VC)

| | | |
|---|---|---|
| 1 | Dated: April 29, 2014 | LAW OFFICES OF DOUGLAS R. DOLLINGER |

By: /s/ Douglas R. Dollinger
    Douglas R. Dollinger (*pro hac vice*)
    NY Bar No. 2354926

ATTORNEYS FOR PLAINTIFFS INDIEZONE, INC., A DELAWARE CORPORATION, AND EOBUY, LTD., AN IRISH PRIVATE LIMITED CORPORATION

-and-

Dated: April 29, 2014

JAMES R. MCGUIRE (CA SBN 189275)
JMcGuire@mofo.com
ANGELA E. KLEINE (CA SBN 255643)
AKleine@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

By: /s/ Angela E. Kleine
    Angela E. Kleine

ATTORNEYS FOR DEFENDANT U.S. BANK NATIONAL ASSOCIATION

-and-

Dated: April 29, 2014

JAMES R. STEFFEN (*pro hac vice*)
(MN Bar No. 204717)
james.steffen@FaegreBD.com
PETER M. ROUTHIER (*pro hac vice*)
(MN Bar No. 391488)
peter.routhier@FaegreBD.com
FAEGRE BAKER DANIELS LLP
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612.766.7000
Facsimile: 612.766.1600

By: /s/ Peter M. Routhier
    Peter M. Routhier

ATTORNEYS FOR DEFENDANT TARGET CORP.

-and-

| | |
|---|---|
| Dated: April 29, 2014 | ROBERT N. PHILLIPS (SBN 120970)<br>robphillips@reedsmith.com<br>PAULO L. SOUSA (SBN 288705)<br>psousa@reedsmith.com<br>REED SMITH<br>101 Second Street, Suite 1800<br>San Francisco, California 94105<br>Telephone:  415.659.5962<br>Facsimile: 415.391.8269<br><br>By:  /s/ Robert N. Phillips<br>       Robert N. Phillips<br><br>ATTORNEYS FOR DEFENDANTS WAL-MART STORES, INC. AND GENERAL ELECTRIC COMPANY<br><br>-and- |
| Dated: April 29, 2014 | MASLON EDELMAN BORMAN & BRAND, LLP<br><br>By:  /s/ Joseph P. Ceronsky<br>       Joseph P. Ceronsky (*pro hac vice*)<br>       (MN Bar No. 391059)<br>       Keiko L. Sugisaka (*pro hac vice*)<br>       (MN Bar No. 266152)<br><br>ATTORNEYS FOR DEFENDANTS JINGIT LLC, JINGIT HOLDINGS, LLC, JINGIT FINANCIAL SERVICES, LLC, TODD ROOKE, JOE ROGNESS, PHIL HAZEL, SAM ASHKAR, HOLLY OLIVER, SHANNON DAVIS, JUSTIN JAMES, CHRIS OHLSEN, DAN FRAWLEY, DAVE MOOREHOUSE II, TONY ABENA, CHRIS KARLS, JOHN E. FLEMING, AND MUSIC.ME, LLC |

**ATTESTATION UNDER L.R. 5-1(i)**

In accordance with Local Rule 5-1(i), I have obtained concurrence in the filing of the document from each of the signatories, and I shall maintain records to support this concurrence for subsequent production for the Court, if so ordered, or for inspection upon request by a party.

By: /s/ Joesph P. Ceronsky
Joseph P. Ceronsky

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: April 30, 2014



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria