UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIEZONE, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TODD ROOKE, et al.,<br><br>　　　　　Defendants. | Case No.  13-cv-04280-VC<br><br>**ORDER DENYING MOTION TO EXTEND TIME**<br><br>Re: Dkt. No. 102 |

　　　　The Court DENIES the plaintiffs' Motion for Extension of Time (Docket No. 102).  The motion fails to comply with Local Rule 6-3 and this Court's Civil Standing Order.  No further extensions of time will be granted in connection with the motions scheduled for hearing on June 5, 2014.

**IT IS SO ORDERED.**

Dated: May 19, 2014

VINCE CHHABRIA
United States District Judge