# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** June 5, 2014 | **Time:** 1:30 p.m. | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 13-cv-04280-VC | **Case Name:** Indiezone, Inc. v. Rooke | |

**Attorney for Plaintiff:** Douglas Dollinger
**Attorney for Defendant:** (Individually Named, Music.Me.LLC, and Jingit Defendants) Keiko Sugisaka and Deepak Gupta,
(US Bank) Angela Kleine,
(Wal-Mart and GE) Robert Phillips,
(Target) Peter Ruthier (t)

**Deputy Clerk:** Kristen Melen          **FTR Recording:** 2:20- 3:33

## PROCEEDINGS:

Motion to Correct, Motion to Compel Arbitration, Motion for Sanctions, Motion to Dismiss held.

## ORDER AFTER HEARING:

The Motions to Correct are DENIED.
The Motion to Dismiss is GRANTED.
The Motion to Compel Arbitration and Stay the Case and the Motion for Sanctions are TAKEN UNDER SUBMISSION.

## ORDER TO BE PREPARED BY:

[ ]     Plaintiff          [ ]     Defendant          [X ]     Court

\*\*(t)= Telephonic appearance