UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIEZONE, INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>TODD ROOKE, et al.,<br><br>  Defendants. | Case No.  13-cv-04280-VC<br><br>**ORDER SETTING EVIDENTIARY HEARING**<br><br>Re: Docket No. 104 |

An evidentiary hearing is ordered on the defendants' motion for sanctions for **August 6, 2014 at 10 a.m.**  The CEO for Indiezone and EoBuy, Conor Fennelly, is ordered to appear personally to take the stand for examination and cross-examination.  The parties may call additional witnesses as they deem necessary.  If the parties wish to call any additional witnesses, they must disclose those witnesses to each other and to the Court no later than **July 17, 2014**, with a short description of why the witness is being called.  The parties must also file exhibit lists, and exchange exhibits, by **July 17, 2014**.  The lists may be filed separately, and they should include a short description of the exhibit and its relevance.  Any objections to the other side's exhibits shall be filed by **July 31, 2014**.  The parties shall submit an exhibit binder to the Court by **July 31, 2014**, in the format required by the Court's standing civil pretrial order (except that exhibits may be listed as being submitted by the plaintiffs or the defendants, as opposed to being labeled as joint exhibits).

**IT IS SO ORDERED.**

Dated: June 6, 2014

_____
VINCE CHHABRIA
United States District Judge