Douglas R. Dollinger, Esq., NY Bar No. 2354926
Appearing *Pro Hac Vice*
50 Main Street-Suite 1000
White Plains, New York 10606
Tel:   845.915.6800
Fax:.  845.915.6801
e-mail: ddollingeresq@gmail.com
Attorney for Plaintiff

Seth D. Heyman, Esq., CA Bar No. 194120
2600 Michelson Drive, Suite 900
Irvine, CA 92612
Tel: 855-439-6628
Fax: 855-207-3967
Email: sdh@heymanlegal.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company,<br><br>*Plaintiffs*,<br><br>vs.<br><br>Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the ***RICO Defendants***; Jingit LLC., Jingit Holdings LLC., Jingit Financial, Services LLC., Music.Me, LLC., Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of the Jingit LLC., ***Defendants in Negligence, and Aiding/Abetting;***<br><br>Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary -Vicarious Infringement,***<br><br>*Defendants.* | Case No. CV13-04280VC<br><br>Plaintiffs' Response to the Order of the Court for Production of Documents and a List of Witnesses and Testimony <u>on Evidentry Hearing For Sanctions</u> |

**NOW COMES** Plaintiffs responding to the Order of the Court **[DE 113.]** directing disclosure of a proposed list of witnesses and the substance of the witnesses proposed hearing testimony together with a list of documents to be used at the hearing for sanctions.

...

...

**Defendant's Claim:**

Did Plaintiff eoBuy Licensing Ltd, by its CEO Mr. Conor Fennelly falsely claim that eoBuy Licensing Ltd., was an Irish corporation with standing to proceed in the claims for the theft of their intellectual property as alleged in the Complaint?

**Issue:**

Did the Defendants simply or perhaps intentionally fail to conduct due diligence on eoBuy Licensing Ltd, were their claims that eoBuy Licensing Ltd, was not a valid corporation under Irish law as an attempt to mislead the Court and falsely eliminate eoBuy's standing, especially where Defense Counsel admitted that they had failed to conduct due diligence on Amdex a foreign corporation existing under the laws of Singapore, a holding company defendants Rooke and Rogness knew was used to transfer eoBuy's IP and assets into eoBuy Licensing Ltd?

### Testimony to be Offered

**Testimony of Conor Fennelly:**

Mr. Fennelly will testify in person that he was and is the CEO of eoBuy Ltd. eoBuy Ltd. was a corporation established under the laws of Ireland in 2003. eoBuy Ltd. had issued shares of its common and preferred stock for 2003-2007. eoBuy Ltd was administratively dissolved in or about February 2007.

Mr. Fennelly will testify that after spending millions of dollars in the development of its Intellectual Property ('IP") eoBuy's Ltd's., work for hire employees during the period 2007-2009, Defendants Todd Rooke ("Rooke") and Joe Rogness ("Rogness") in violation of the express written agreement acknowledging exclusive ownership in eoBuy said Defendants misappropriated eoBuy's property and are illegally using the property today.

Mr. Fennelly will testify that Defendants Rooke and Rogness in an effort to conceal their theft formed the collective Jingit entities. Prior to absconding with eoBuy's property Defendant Todd Rooke and Joe Rogness sabotaged a company server eliminating corporate e-mails in an effort to conceal the theft and their illegal communication with eoBuy's clientele and the existence of eoBuy Licensing.

The server had over 20,000 e-mails including e-mails related to the formation of eoBuy Licensing Ltd., as well as communications related to and between Mr. Fennelly and the dealings with eoBuy's attorneys.

Mr. Fennelly will testify that filed under public disclosure as scheduled Reg. D compliant, the Defendants under the steering of their attorneys have raised millions of Dollars and now face multiple fraud claims if the theft of eoBuy's IP is established.

Mr. Fennelly will testify that this is proof of the motive to eliminate eoBuy's standing as is evident from their elimination of the e-mails and the failure to disclose to the Court their direct involvement with eoBuy's attorney's, the establishment of eoBuy Licensing Ltd in 2008 and the involvement of their attorneys during the period in question.

Mr. Fennelly will testify that in or about 2008, eoBuy consulted with and employed **James Caparro** a private placement investor in order to raise capital. Mr. Fennelly was instructed to retire the eoBuy's Ltd.'s existing shareholder basin and dissolve the company. Defendants Rogness and Rooke were aware of this fact.

Mr. Fennelly will testify that he was instructed by counsel to eoBuy Ltd., to form a new company for capitalization of preferred and common shares to be issued by the new company and to the best of his understanding at that time he did so.

Mr. Fennelly will testify that in or about February 2008, eoBuy Ltd., a company established under the laws of Ireland, entered into an agreement with Norbert Bruell the CEO of Amdex, a company existing under the laws of Singapore, and deposited its assets-IP into Amdex as a holding company.

Mr. Fennelly will testify that in August 2008, Amdex entered into a written contract with eoBuy Venture Ltd., for the transfer of all of its assets and IP into eoBuy Venture Ltd., a company established under the laws of Ireland.

Mr. Fennelly will testify he had direct conversations with Defendants Rooke and Rogness and that they were aware of the transfers as aforesaid and the purpose of those transfers.

Mr. Fennelly will testify as to his actions and interactions between 2008 and the present in maintaining and correcting the filings concerning eoBuy Ltd., eoBuy Ventures Ltd , Amdex and eoBuy Licensing with the Irish Corporate Registry.

**James Caparro, buyer by live video feed:**

Mr. Capparro will testify that during the period of 2007-2008 he was an investor engaged under an agreement with eoBuy Ltd., and Indiezone to raise investor's capital for the companies.

Mr. Capparro will testify that he notified Mr. Fennelly as CEO of eoBuy and Indiezone that in order to raise capital Mr. Fennelly was instructed to retire the eoBuy's Ltd's., existing share in eoBuy Ltd and reissue new shares to old investors in the new company.

Mr. Capparro will testify that he instructed Mr. Fennelly to form a new company for capitalization of preferred and common shares to be issued by the new company and to the best of his knowledge Mr. Fennelly did so.

Mr. Capparro will testify as to his knowledge concerning his involvement with Defendants Rooke and Rogness.

**Norbert Bruell by live video feed:**

Mr. Bruell will testify that he is the CEO of Amdex a foreign corporation existing under the laws of Singapore.

Mr. Bruell will testify that in or about February 2008, eoBuy Ltd., a company established under the laws of Ireland, entered into an agreement with Amdex and deposited its assets-IP into Amdex as a holding company.

Mr. Bruell will testify that in August 2008, Amdex entered into a written contract with eoBuy Venture Ltd., for the transfer of all of its assets and IP into eoBuy Venture Ltd., a company established under the laws of Ireland.

Mr. Bruell will testify that he had direct conversation with Defendants Rooke and Rogness and that they were aware of the transfers as aforesaid.

**Sandra O'Neil by Live video feed:**

Ms. O'Neil will testify that she is an employee of Company Set Up and was so employed in 2008. She will testify as to the books, records of Company Set Up and the actions taken by them on behalf of Mr. Fennelly.

**Documents:**

A. 2008   Corporate Book issued by Irish Registry Corporate Registry. [To be provided.]

B. 2008 assignment of eoBuy IP to Amdex and 2008 assignment of Amdex eoBuy IP to eoBuy Licensing Ltd.  [[To be provided.]

C. 2008-2014 Corporate Book issued by Irish Registry Corporate Registry. [Attached Exhibit "B". eoBuy Licensing Ltd.]

D. Income Tax Returns 2013. [To be provided.]

Dated:       July 17, 2014        **LAW OFFICES OF DOUGLAS R. DOLLINGER**

Douglas R. Dollinger, Esq., NY Bar No. 2354926
Appearing *Pro Hac Vice*
50 Main Street-Suite 1000
White Plains, New York 10606
Tel:    845.915.6800
Fax:.   845.915.6801
e-mail: ddollingeresq@gmail.com
Attorney for Plaintiff

/S/
Seth D. Heyman, Esq., CA Bar No. 194120
2600 Michelson Drive, Suite 900
Irvine, CA 92612
Tel: 855-439-6628
Fax: 855-207-3967
Email: sdh@heymanlegal.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that, in accordance with the Rules of Federal Procedure, on the this date July 17, 2014, a true and correct copy of the foregoing document was delivered to Defendants, by and through the ECF System to their record counsel.

                     /S/ *Douglas R. Dollinger*
                     Douglas R. Dollinger, Esq (5922)
                     NY Bar No. 2354926
                     50 Main Street, Suite 1000
                     White Plains, New York 10606
                     Tele:  845.915.6800
                     Facs:  845.915.6801
                     E-mail ddollingeresq@gmail.com
                     *Attorneys for Plaintiff*