UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIEZONE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD ROOKE, et al.,<br><br>Defendants. | Case No. 13-cv-04280-VC<br><br>**ORDER DENYING MOTIONS; ORDERING PRODUCTION OF EXHIBITS**<br><br>Re: Docket No. 132 |

The Court construes the plaintiffs' motion and proposed order to show cause as: (i) a motion for reconsideration of the order compelling arbitration; (ii) a motion for reconsideration of the order denying an extension of time to submit exhibit and witness lists relating to the evidentiary hearing on the motion for sanctions; (iii) a motion for extension of time to file objections to the defendants' exhibit and witness lists; (iv) a motion by the plaintiffs for discovery of the plaintiffs' own emails; (v) a motion to take the depositions of the defendants Rooke and Rogness; and (vi) a motion to continue the evidentiary hearing on the motion for sanctions. Each of these motions is denied.

Additionally, the plaintiffs' exhibit list, filed on July 17, 2014, listed three exhibits that were "to be provided." Contrary to the Court's order on June 6, 2014, these exhibits have yet to be provided to the defendants or the Court. The plaintiffs must submit these exhibits to the defendants and the Court by Monday, August 4 at noon, or they will not be permitted to introduce them at the evidentiary hearing. If the plaintiffs do not participate fully in the evidentiary hearing on Wednesday, August 6, 2014 (for which they had 2 months' notice), the motion for sanctions will be granted, the sanctions award will include all reasonable costs and fees incurred by the defendants in preparation for the hearing, and the case will be dismissed.

**IT IS SO ORDERED.**

Dated: August 1, 2014

_____
VINCE CHHABRIA
United States District Judge