UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIEZONE, INC., et al.,<br>          Plaintiffs,<br>     v.<br>TODD ROOKE, et al.,<br>          Defendants. | Case No. 13-cv-04280-VC<br><br>**ORDER DENYING MOTION FOR RECUSAL**<br><br>Re: Dkt. No. 134 |

The plaintiffs' motion for recusal is denied.

**IT IS SO ORDERED.**

Dated: August 6, 2014

_____
VINCE CHHABRIA
United States District Judge