1  Robert N. Phillips (SBN 120970)
   Email:  robphillips@reedsmith.com
2  Paulo L. Sousa (SBN 288705)
   Email:  psousa@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
5  Facsimile:     +1 415 391 8269

6  Attorneys for Defendants
   Wal-Mart Stores, Inc. (erroneously sued as
7  "Wal-Mart") and General Electric Company
   (erroneously sued as "General Electric")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company, <br><br>                Plaintiffs, <br><br>         vs. <br><br>Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the ***RICO Defendants;*** <br><br>Jingit LLC., Jingit Holdings LLC., Jingit Financial Services LLC., Music.Me, LLC, Tony Abena, John E. Fleming, Dan Frawley, Dave Moorehouse II, Chris Ohlsen, Justin James, Shannon Davis, Chris Karls in their capacities as officers, agents and/or employees of the Jingit LLC., <br>***Defendants in Negligence, and Aiding/Abetting;*** <br><br>Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1 through 10, ***Defendants in Negligence Secondary-Vicarious Infringement,*** <br><br>                Defendants. | Case No.: 3:13-cv-04280-VC <br><br>**DEFENDANTS WAL-MART STORES, INC. AND GENERAL ELECTRIC COMPANY'S STATEMENT REGARDING DEFENDANTS' SUPPLEMENTAL BRIEF FOR SANCTIONS** <br><br>Compl. Filed:      September 16, 2013 <br><br>Honorable Vince Chhabria |

Case No.: 3:13-cv-04280-VC              – 1 –

DEFENDANTS WAL-MART STORES, INC. AND GENERAL ELECTRIC COMPANY'S STATEMENT
REGARDING DEFENDANTS' SUPPLEMENTAL BRIEF FOR SANCTIONS

Defendants Wal-Mart Stores, Inc. (erroneously sued as "Wal-Mart") and General Electric Company (erroneously sued as "General Electric") (collectively, the "Retailer Defendants") respectfully state and submit to the Court and all parties that, regarding the Jingit Defendants'[1] Supplemental Brief for Sanctions (the "Supplemental Brief") (*see* Dkt. Nos. 139-40), the Retailer Defendants have closely followed the sanctions proceedings, filed joinders on the underlying substantive motions and all related papers/pleadings before the Court (*see* Dkt. Nos. 74, 98), and counsel for the Retailer Defendants attended the underlying hearing at which the fraudulent statements and arguments were made. For these reasons, in addition to the reasons articulated by the Jingit Defendants in the Supplemental Brief, the Retailer Defendants should be the beneficiaries of any dismissal ordered by the Court.

DATED:  August 13, 2014         REED SMITH LLP

By   /s/ *Robert N. Phillips*
   Robert N. Phillips (SBN 120970)
   Paulo L. Sousa (SBN 288705)

   Attorneys for Defendants
   Wal-Mart Stores, Inc. and General Electric Company

---

[1] The "Jingit Defendants" consist of Jingit LLC; Jingit Holdings, LLC; Jingit Financial Services, LLC; Todd Rooke; Joe Rogness; Phil Hazel; Sam Ashkar, Holly Oliver; Shannon Davis; Justin James; Chris Ohlsen; Dan Frawley; Dave Moorehouse, II; Tony Abena; Chris Karls; John E. Fleming; and Music.Me, LLC.

Case No.: 3:13-cv-04280-VC                – 2 –

DEFENDANTS WAL-MART STORES, INC. AND GENERAL ELECTRIC COMPANY'S STATEMENT REGARDING DEFENDANTS' SUPPLEMENTAL BRIEF FOR SANCTIONS