

FILED

AUG 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INDIEZONE, INC. and EOBUY, LIMITED,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>TODD ROOKE; et al.,<br><br>        Defendants - Appellees. | No. 14-16359<br><br>D.C. No. 3:13-cv-04280-VC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellants' motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lisa Chen
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

LSC/MOATT