UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIEZONE, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TODD ROOKE, et al.,<br><br>　　　　Defendants. | 13-cv-04280-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of all defendants and against the plaintiffs. Indiezone, Inc., eoBuy Limited, eoBuy Ventures Limited, eoBuy Licensing Limited, Conor Fennelly, and Douglas Dollinger are ordered to pay the defendants $93,365.92 and are held jointly and severally liable for this amount. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 29, 2014

VINCE CHHABRIA
United States District Judge