1  Douglas R. Dollinger (*pro hac vice*) (NY Bar No. 2354926)
   The Law Offices of Douglas R. Dollinger
2  & Associates
   50 Main Street-Suite 1000
3  White Plains, NY 10606
   Telephone:      845-915-6800
4  Facsimile:      845-915-6801
   E-mail: ddollingeresq@gmail.com
5

6  Seth D. Heyman (CA Bar No. 194120CA)
   Heyman Law Offices
7  2600 Michelson Drive- Suite 900
   Irvine, CA 92612
8  Telephone:      855-439-6628
   Facsimile:      855-407-7714
9  E-mail: sdh@heymanlegal.com
   Attorneys for Plaintiffs
10                        **UNITED STATES DISTRICT COURT**
11                        **NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN FRANCISCO DIVISION**
12

13  Indiezone, Inc.,   a   Delaware   corporation,   and  ) **Case No. CV13-04280 VC**
    EoBuy, Limited an Irish private limited company,      )
14                                                        )
                                                          )
15                          vs.                           ) **PLAINTIFFS'/COUNSEL'S MOTION**
                                                          ) **REQUESTING AN ENLARGMENT OF TIME**
16                                                        ) **TO FILE HIS FED R. C. P 56(b) MOTION**
                                                          ) **PURSUAN TO CIVIL  L.R. 7-11 AND**
17  Todd Rooke,  Joe Rogness,  Phil Hazel, Sam Ashkar,    ) **THE COURT'S STANDING ORDERS**
    Holly Oliver and U.S. Bank, collectively the *RICO Defendants*;  ) AND ORDER
18                                                        )
19  Jingit LLC., Jingit Holdings LLC., Jingit Financial, Services LLC.,  )
    Music. Me, LLC., Tony Abena, John E. Fleming, Dan Frawley,  ) Hon. Vincent Chhabria
20  Dave  Moorehouse  II,  Chris Ohlsen,  Justin James,   ) Date: September 12, 2014
    Shannon Davis, Chris Karls in their capacities  as officers,  )
21  agents and/or  employees of  the Jingit  LLC.,       )
    *Defendants in Negligence, and Aiding/Abetting;*     )
22                                                        )
                                                          )
23  Wal-Mart, General Electric, Target, DOE(s) and ROE(s) 1  )
    through 10,  *Defendants in  Negligence  Secondary*  )
24  *-Vicarious Infringement,*                            )
                               *Defendants .*             )
25  _____     )

26  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

27      **PLEASE TAKE NOTICE** that Plaintiffs in the above-referenced at the Court House

28  which is located at San Francisco Courthouse, Courtroom 4 - 17th Floor 450 Golden Gate

1  Avenue, San Francisco, California before the Vincent Chhabria, Judge of the United States

2  District Court for the District of Northern California, pursuant to the Court's Local Rule 7-

3  11 and the Standing Order of Judge Chhabria Plaintiff will and hereby does move the Court

4  for an order:

5      1.    Granting Plaintiff Indiezone and Counsel Douglas R. Dollinger their

6  application to enlarge their time file a Motion pursuant to Fed R. Civ. P. 59(e).

7      2.    The Motion is support by the Declaration of Attorney Douglas R. Dollinger.

8      Respectfully submitted,

9

10                    Douglas R. Dollinger, Esq., NY Bar No. 2354926
                  Appearing *Pro Hac Vice*

11                    The Law Offices of Douglas R. Dollinger

12                    & Associates
                  50 Main Street-Suite 1000

13                    White Plains, New York 10606
                  Telephone:   845-915-6800

14                    Facsimile:    845-915-6801

15                    E-mail: ddollingeresq@gmail.com

16                    */S/*

17                    Seth D. Heyman, Esq., CA Bar No. 194120
                  2600 Michelson Drive, Suite 900

18                    Irvine, CA 92612

19                    Telephone: 855-439-6628
                  Facsimile: 855-207-3967

20                    Email: sdh@heymanlegal.com
                  Attorneys for Plaintiff

21

22                    **CERTIFICATE OF SERVICE**

23      I hereby certify that, in accordance with the Rules, on this date September 12, 2014, a

24

25  true and correct copy of the foregoing document was delivered to Defendants of Record, by

26  both ECF means and by 1st class mail to or through their Counsel of Record.

27

28                    Douglas R. Dollinger, Esq., NY Bar No. 2354926
                  Appearing *Pro Hac Vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Law Offices of Douglas R. Dollinger
& Associates
50 Main Street-Suite 1000
White Plains, New York 10606
Telephone:    845-915-6800
Facsimile:    845-915-6801
E-mail: ddollingeresq@gmail.com

Date: September 15, 2014



GRANTED

Judge Vince Chhabria