Name _The Law Offices Of Douglas R. Dollinger, P.C._
Address _401 N. Tryon Street, 10th Floor administrative Offices_
City, State, Zip _Charlotte, North Carolina 28202_
Phone _845-915-6800_
Fax _845-914-6801_
E-Mail _ddollingeresq@gmail.com_

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Indiezone, Inc., a Delaware corporation, and EoBuy, Limited an Irish private limited company,<br>PLAINTIFF(S),<br>v.<br>Todd Rooke, Joe Rogness, Phil Hazel, Sam Ashkar, Holly Oliver and U.S. Bank, collectively the RICO et al DEFENDANT(S). | CASE NUMBER:<br>13cv04280<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that ___Douglas R. Dollinger, Esq and Conor Fennelly___ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
DE145

☒ Judgment (specify):
DE146

☐ Other (specify):

Imposed or Filed on ___09-02-2014___. Entered on the docket in this action on _145 and 146_.

A copy of said judgment or order is attached hereto.

___09-29-2013___
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                              NOTICE OF APPEAL