UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIEZONE, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>TODD ROOKE, et al.,<br><br>   Defendants. | Case No.  13-cv-04280-VC<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 149 |

The plaintiffs' motion for reconsideration is denied.

**IT IS SO ORDERED**.

Dated: October 21, 2014

_____
VINCE CHHABRIA
United States District Judge