**FILED**

**NOV 25 2014**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INDIEZONE, INC. and EOBUY, LIMITED,<br><br>            Plaintiffs - Appellants,<br><br>CONOR FENNELLY, CEO and DOUGLAS RICHARD DOLLINGER, Counsel,<br><br>            Appellants,<br><br>  v.<br><br>TODD ROOKE; et al.,<br><br>            Defendants - Appellees. | No. 14-16895<br><br>D.C. No. 3:13-cv-04280-VC<br>Northern District of California, San Francisco<br><br><br>ORDER |

      The record reflects that the district court has denied the post-judgment motion and that no amended notice of appeal has been filed to include the order denying the post-judgment motion. Accordingly, briefing resumes.

      Within 10 days after the date of entry of this order, appellants shall designate any reporter's transcripts or serve on appellees a statement indicating that appellants do not intend to order any transcripts. *See* 9th Cir. R. 10-3.1(a). If appellants fail to comply with this order, the Clerk shall dismiss this appeal for

KML/MOATT

failure to prosecute. *See* 9th Cir. R. 42-1. If appellants designate transcripts, the transcripts will be due January 5, 2015.

The opening brief and excerpts of record are due February 17, 2015; the answering brief is due March 19, 2015; and the optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Katherine Lehe
Deputy Clerk/Motions Attorney