UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIEZONE, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TODD ROOKE, et al.,<br><br>    Defendants. | Case No. 13-cv-04280-VC<br><br>**ORDER**<br><br>Re: Dkt. Nos. 165, 168 |

The motion for leave to file an oversized brief (Docket No. 168) is granted. The motion for relief from the judgment (Docket No. 165) is denied.

**IT IS SO ORDERED.**

Dated: October 27, 2015

_____
VINCE CHHABRIA
United States District Judge